IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY<br><br>Defendant. | Case No. 2:22-cv-696-WSH |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH**

Anthony I. Paronich hereby moves that I be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches his Affidavit for Admission Pro Hac Vice, which satisfies the requirements of the foregoing Local Rules and Standing Order.

      Respectfully submitted,

       /s/ *Anthony I. Paronich*
      Anthony I. Paronich
      Paronich Law, P.C.
      350 Lincoln Street, Suite 2400
      Hingham, MA 02043
      (508) 221-1510
      anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

       /s/ *Anthony I. Paronich*
      Anthony I. Paronich