# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY<br><br>    Defendant. | Case No. 2:22-cv-696-WSH<br><br>COMPLAINT-CLASS ACTION |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS ____ DAY OF _____, 2022.

_____
Hon. W. Scott Hardy
United States District Judge