November 1, 2016

Local Rules of Court
Western District of Pennsylvania

## APPENDIX LCvR/LCrR 83.2.B-MOTION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stewart Abramson | ) |
| vs. | ) Civil Action No. 2:22-cv-00696-WSH |
| Palmco Energy PA L.L.C. d/b/a Indra Energy | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF** Ryan D. Watstein

[Affiant], undersigned counsel for [Plaintiff/Defendant] Defendant, hereby moves that [Affiant] be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] Defendant in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 06/24/2022

Ryan D. Watstein
[Affiant's name] (Bar. ID NO. GA - 266019
[Affiant's Address/Contact Details]

*Counsel for [Plaintiff/Defendant]*

Kabat Chapman & Ozmer LLP
171 17th Street, NW, Suite 1550
Atlanta, GA 30363
(404) 400-7300
rwatstein@kcozlaw.com

November 1, 2016

Local Rules of Court
Western District of Pennsylvania

## APPENDIX LCvR/LCrR 83.2.B-AFFIDAVIT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Stewart Abramson                            )
                                            )
            vs.                             )   Civil Action No. 2:22-cv-00696-WSH
                                            )
Palmco Energy PA L.L.C. d/b/a               )
Indra Energy                                )

### AFFIDAVIT OF Ryan D. Watstein IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ryan D. Watstein, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] Defendant in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Ryan D. Watstein, being duly sworn, do hereby depose and say as follows:

1. I am a [Lawyer/Partner/~~Associate~~] of the law firm [ ~~Kaba~~].Chapman & Ozmer LLP

2. My business address is 171 17th Street, NW, Suite 1550, Atlanta, GA 30363

3. I am a member in good standing of the bar[s] of See Exhibit A attached

4. My bar identification number(s) [is/are] GA - 266019; FL - 93945 .

5. A current certificate of good standing from State Bars of GA & FL is attached to this Affidavit as Exhibit B .

6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: N/A : [Insert additional explanation as appropriate.]

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 06/24/2022

Ryan D. Watstein
[Affiant]
Georgia Bar No. 266019
Kabat Chapman & Ozmer LLP
171 17th Street, NW, Suite 1550
Atlanta, GA 30363
(404) 400-7300
rwatstein@kcozlaw.com

**ATTACHMENT A**

Ryan D. Watstein – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 266019) | 01/07/2010 | Yes |
| Florida (Bar No.93945) | 11/17/2011 | Yes |

Georgia State Bar
104 Marietta Street NW
Suite 100
Atlanta, Georgia 30303
(404) 527-8700/(800) 334-6865

Florida State Bar
651 E. Jefferson Street
Tallahassee, Florida 32399-2300
(850) 561-5600

Ryan D. Watstein – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of the United States (315426) | 11/29/2021 | Yes |
| U.S. Court of Appeals 11th Circuit | 04/19/2011 | Yes |
| U.S. Court of Appeals 2nd Circuit | 03/01/2019 | Yes |
| U.S. Court of Appeals 9th Circuit | 05/21/2020 | Yes |
| U.S. Court of Appeals 6th Circuit | 12/07/2020 | Yes |
| U.S.D.C. ND Georgia | 07/19/2010 | Yes |
| U.S.D.C. MD Georgia | 08/17/2010 | Yes |
| Georgia Supreme Court | 06/02/2015 | Yes |
| Georgia State/Superior Courts | 01/07/2010 | Yes |
| Florida Circuit Courts | 11/17/2011 | Yes |
| Florida District Courts of Appeal | 11/17/2011 | Yes |
| Florida Supreme Court | 11/17/2011 | Yes |
| U.S.D.C. SD Florida | 04/02/2012 | Yes |
| U.S.D.C. MD Florida | 09/02/2015 | Yes |
| U.S.D.C. ND Florida | 05/04/2018 | Yes |

U.S. Court of Appeals
11th Circuit
Elbert Tuttle Courthouse
56 Forsyth Street, NW
Atlanta, Georgia 30303
(404) 335-6100

Georgia Supreme Court
244 Washington Street
Room 572
State Office Annex Building
Atlanta, Georgia 30334
(404) 656-3470

U.S.D.C. Northern District
Richard B. Russell Federal
Building and Courthouse
75 Spring Street, SW
Atlanta, Georgia 30306-3361
(404) 215-1660

U.S.D.C. Middle District of Georgia
475 Mulberry Street
Macon, Georgia 31202
(478) 752-3497

Florida Supreme Court
500 S. Duvall Street
Tallahassee, Florida 32399
(850) 488-0125

U.S.D.C. SD Florida
Wilkie D. Ferguson Jr.
U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128
(305) 523-5100



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle  
Executive Director

850/561-5600  
www.FLORIDABAR.org

State of Florida     )

County of Leon       )         In Re:   0093945  
                                        Ryan David Watstein  
                                        Kabat Chapman & Ozmer  
                                        171 17th St NW Ste 1550  
                                        Atlanta, GA 30363-1070

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 17, 2011**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 24th day of **June**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO  
Administration Division  
The Florida Bar

PG:R10  
CTM-187515



*Lawyers Serving the Public and the Justice System*

Mr. Ryan David Watstein
Kabat Chapman & Ozmer LLP
171 17th Street NW Suite 1550
Atlanta, GA  30363
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 01/07/2010 |
| **BAR NUMBER:** | 266019 |
| **TODAY'S DATE:** | 01/18/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

November 1, 2016                                                               Local Rules of Court
Western District of Pennsylvania

## APPENDIX LCvR/LCrR 83.2.A CERTIFICATION

## CERTIFICATION FOR BAR ADMISSION FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

I, Ryan D. Watstein _____, do certify as follows:

1. I am a member in good standing of the Bar of:

    a. The Supreme Court of Pennsylvania _____, Bar #_____
    b. The United States District Court for the See Exhibit A attached
    c. The Supreme Court of the United States Bar #315426 (See Exhibit A attached)

2. I am a member in good standing of the following state Bars/Bars of United States District Courts (also note Bar identification numbers):

    Georgia Bar (266019); Florida Bar (93945)

3. I am affiliated with the law firm of Kabat Chapman & Ozmer LLP

    or

    I am in the sole practice of law _____

4. My business address, telephone number and email address are:

    171 17th Street, NW, Suite 1550, Atlanta, GA 30363
    (404) 400-7300; rwatstein@kcozlaw.com

5. I am a registered user of the CM/ECF electronic docketing system of this Court.

6. I have read, know and understand the Local Rules of this Court.

7. The following is a listing and description any prior disciplinary proceedings against me that resulted in a non-confidential negative finding or sanction against me (if none, so state):

    None

8. Attached is a certificate of good standing from the Bar of Georgia & Florida that is current within the prior twelve (12) months.

I DECLARE UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED BY ME ON _____06/24/22_____.

SIGNATURE: _____

## STATEMENT OF MOVING ATTORNEY

I, J. Michael McCague _____, A MEMBER IN GOOD STANDING OF THE BAR OF THIS COURT, DO HEREBY CERTIFY THAT I BELIEVE THE ABOVE CANDIDATE FOR ADMISSION TO THE BAR OF THIS COURT IS OF GOOD MORAL AND PROFESSIONAL CHARACTER AND, TO THE BEST OF MY KNOWLEDGE, IS ELIGIBLE FOR ADMISSION TO THE BAR OF THIS COURT.

NAME: _____
DATE: June 28, 2022

117