IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:22-cv-0696-WSH ) |
| PALMCO ENERGY PA L.L.C., doing business as INDRA ENERGY, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

AND NOW, this 31st day of August 2022, the Court having been advised by counsel that the above-captioned case has been resolved and that the only matter remaining is the submission of a Stipulation of Dismissal under Fed. R. Civ. P. 41(a), and it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and; that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and;

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period prior to dismissal, including, but not limited to, enforcing settlement.

/s/  *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All Counsel of Record