IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY<br><br>   Defendant. | Case No. 2:22-cv-696-WSH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs.

Dated: October 3, 2022

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*


/s/ *Ryan D. Watstein*
Ryan D. Watstein (*admitted pro hac vice*)
rwatstein@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363

2

    404-400-7300
    404-400-7333 (fax)

    J. Michael McCague
    jmm@gmwpclaw.com
    Pennsylvania Bar No. 42993
    **GRIFFITH, MCCAGUE & HAPPEL, PC**
    408 Cedar Avenue
    Pittsburgh, PA  15212
    Tel:  412-803-3690
    Fax:  412-803-3678

    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

On October 3, 2022 the undersigned filed the foregoing on the Court's CM/ECF system.

    *s/ Anthony Paronich*
    Anthony Paronich